FILED

11/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0328

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-0328

| | |
|---|---|
| JAMES HARTSHORNE and ANGELO QUEIROLO,<br><br>   Plaintiffs/Appellees/Cross-Appellants,<br><br>   v.<br><br>CITY OF WHITEFISH and WHITEFISH CITY COUNCIL,<br><br>   Defendants/Cross-Appellees,<br><br>and<br><br>IO2.5, a series member of IO<3, LLC, a Montana Limited Liability Company,<br><br>   Defendant/Appellant/Cross-Appellee. | **GRANT OF EXTENTION OF TIME TO FILE DEFENDANTS/CROSS-APPELLEES ANSWER BRIEF** |

Pursuant to Rule 26(1), M.R.App.P., Defendants/Cross-Appellees City of Whitefish and Whitefish City Council are hereby granted an extension of time up to and including December 29, 2020, to file their Answer Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 17 2020